UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:96-CR-26-1BO

| UNITED STATES OF AMERICA | ORDER ON MOTION TO WITHDRAW |
| v. | AS COUNSEL OF RECORD |
| CLARENCE D. COAKLEY | |

This matter is before the Court on the Office of the Federal Public Defender's motion to withdraw based upon the limited appointment of counsel pursuant to Standing Order 14-SO-01. For good cause shown, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing leave to withdraw as counsel of record for Clarence D. Coakley.

WHEREFORE, it is hereby ORDERED that the motion filed by the Office of the Federal Public Defender is allowed and G. Alan DuBois of the Office of the Federal Public Defender is granted leave to withdraw as counsel for Mr. Coakley.

SO ORDERED this 14 day of June, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE