IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:96-CR-26-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLARENCE D. COAKLEY | ) | |

This matter is before the Court on defendant's *pro se* motion for modification of his sentence pursuant to 18 U.S.C. § 3582. [DE 150]. The Court will set a hearing on the motion during its February 2018 term by separate notice. Defendant having previously demonstrated sufficient indigency to be entitled to the appointment of counsel, the Office of the Federal Public Defender is again APPOINTED to represent and assist defendant at the hearing. 18 U.S.C. § 3006A. The clerk is DIRECTED to serve a copy of this order on defendant, the government, and the Office of the Federal Public Defender.

SO ORDERED, this 9 day of January, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE