IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:96-CR-26-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CLARENCE DOUGLAS COAKLEY ) | |

This cause comes before the Court on defendant's motion to correct clerical error. [DE 179]. Rule 36 of the Federal Rules of Criminal Procedure permits a court to correct a clerical error at any time. For good cause shown, defendant's motion is GRANTED.

The order reducing sentence entered on August 29, 2019, [DE 178] is CORRECTED as follows:

> Defendant's sentence on Count One is REDUCED from 360 to 331 months' imprisonment.

The remaining provisions of the Court's 29 August 2019 order shall remain in effect.

SO ORDERED, this 13 day of September, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE